CAD 25 07 372

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EV47 | E 1510752 | Harper | 0719 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 1203 04/11/25 | 32 CFR 1903.9 |

Place of Offense: 13900 Air and Space Museum Pkwy, Herndon, VA 20171

Offense Description: Factual Basis for Charge: Using, Possessing, Storing or Transporting Explosives, Blasting Agents, Ammunition, & Explosive Materials without Proper Authorization  HAZMAT ☐

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Prendergast | Brian | D |

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| KGV 2280 | PA | 17 | Toyota Camry | | BLK |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 401 Courthouse Square, Alexandria, VA 22314
Date: 06/26/25
Time: 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*E1510752*

CVB SCAN 05/08/2025 11:31

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 11, 20 25 while exercising my duties as a law enforcement officer in the Eastern District of Virginia

I was told that Brian Prendergast, identified by Pennsylvania driver's license # 19 007 071, had 1 magazine and an unspecified amount of rounds in his vehicle in the Parking Garage #2 of the Dulles Discovery compound. Brian Prendergast was not authorized to possess these items. All information on the front of this violation notice is incorporated by reference herein.

The foregoing statement is based upon:
☐ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/11/2025
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/08/2025 11:31